ACCEPTED
15-25-00098-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/12/2025 11:53 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00098-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/12/2025 11:53:59 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT OF TEXAS

*NGL Water Solutions Permian, LLC*,

**Appellant,**

**v.**

*Lime Rock Resources V-A, L.P., d/b/a Lime Rock Resources, L.P., and LRR Pecos Valley, LLC*,

**Appellees.**

On Appeal from the Business Court of the State of Texas, Eleventh Division, Cause No. 25-BC11B-0005, The Honorable Grant Dorfman

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE BRIEF OF APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Appellant NGL Water Solutions Permian, LLC ("NGL") files this Motion for Extension of Time to File its opening brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and 55.7:

1. Appellant's opening brief is currently due on Wednesday, August 20, 2025. Appellant seeks a thirty-day extension from August 20, 2025 up to and including Friday, September 19, 2025.

1

2.      This is Appellant's first request to extend the time to file its brief.

3.      Appellees Lime Rock Resources V-A, L.P., d/b/a Lime Rock Resources, L.P., and LRR Pecos Valley, LLC, are unopposed to this motion.

4.      Appellant needs additional time to file its opening brief because counsel for Appellant, Denise Scofield and Brandon Duke, have been engaged in other litigation with imminent deadlines that that have required or will require significant attention from Appellant's counsel. Those matters include significant drafting or other responsibilities relating to:

- Motions to compel discovery due August 6, 2025 in *Certain Underwriters, et al., v. Cameron International Corporation*, No. CJ-22-3088 (Okla. Dist.);

- Discovery responses and dismissal hearing and discovery responses due August 22, 2025 in *Black Mountain SWD, LP v. NGL Water Solutions Permian, LLC*, No. 342-361826-25 (Tex. 342nd Dist.);

- Discovery responses due August 22, 2025 in *Black Mountain SWD, LP v. NGL Water Solutions Permian, LLC*, No. 342-361826-25 (Tex. 342nd Dist.);

- Motion to dismiss due August 22, 2025 in *State of Texas v. TikTok Ltd., et al.*, No. D-1-GN-25-003118 (Tex. 250th Dist.); and

- Response to motion to compel discovery due August 25, 2025 in *Certain Underwriters, et al., v. Cameron International Corporation*, No. CJ-22-3088 (Okla. Dist.).

Additionally, lead counsel for Appellant is scheduled for medical treatment at MD Anderson on August 12. Considering the press of these other matters, counsel for Appellant needs a thirty-day extension to compete the opening brief.

6. This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if the request for an extension is granted.

7. For these reasons, NGL respectfully requests that this Court grant a thirty-day extension to file its response brief to Friday, September 19, 2025.

August 12, 2025                                    Respectfully submitted,

                                                   **O'MELVENY & MYERS LLP**

                                                   */s/ Denise Scofield*
                                                   Denise Scofield
                                                   Brandon Duke
                                                   700 Louisiana Street, Suite 2900
                                                   Houston, TX  77002
                                                   Phone: (832) 254-1500
                                                   Fax: (832) 254-1501
                                                   dscofield@omm.com
                                                   bduke@omm.com

                                                   **ATTORNEYS FOR APPELLANT**
                                                   **NGL WATER SOLUTIONS**
                                                   **PERMIAN, LLC**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Court Services on behalf of Denise Scofield
Bar No. 784934
ommsvc2@omm.com
Envelope ID: 104264077
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Brief of Appellant
Status as of 8/12/2025 11:56 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicholas Brown | 24092182 | nick.brown@kirkland.com | 8/12/2025 11:53:59 AM | SENT |
| Brandon Duke | | bduke@omm.com | 8/12/2025 11:53:59 AM | SENT |
| Kyle Terao | | kterao@omm.com | 8/12/2025 11:53:59 AM | SENT |
| Denise Scofield | | dscofield@omm.com | 8/12/2025 11:53:59 AM | SENT |
| Greg M.Holly | | gregholly@sbcglobal.net | 8/12/2025 11:53:59 AM | SENT |
| Holly Rioux-Lefebvre | | holly.rioux@kirkland.com | 8/12/2025 11:53:59 AM | SENT |
| Daniel Donovan | | daniel.donovan@kirkland.com | 8/12/2025 11:53:59 AM | SENT |
| Joshua Jilovec | | jjilovec@omm.com | 8/12/2025 11:53:59 AM | SENT |
| Harris Blum | 24138757 | harris.blum@kirkland.com | 8/12/2025 11:53:59 AM | ERROR |